UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGIE'S LIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:15-cv-00968-JMS-DML |
| ) | |
| AMAZONLOCAL LLC, et al, ) | |
| ) | |
| Defendants. ) | |

# Order

The court sets this case for a telephone scheduling conference on June 24, 2015, at 11:00 a.m. (Eastern), before Magistrate Judge Debra McVicker Lynch. Counsel are to contact the court at 317.229.3630 to participate in the conference. Where multiple counsel representing a party are participating in the conference, those counsel are to call in to the court on a single line.

Plaintiff's counsel is directed to serve a copy of this order on counsel for the defendants immediately upon receipt.

So ORDERED.

Date: June 23, 2015

                                          Debra McVicker Lynch
                                          United States Magistrate Judge
                                          Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system