**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANGIE'S LIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZONLOCAL LLC, MICHAEL ALBO, KRISTIN BAKER, DAN BEARY, COLTON BOZIGIAN, JAKE CONNERTON, ADAM DIVINCENZO, BRANDON GOODWYN, KRISTEN HAUGHT, JUSTIN HILLMAN, JOSHUA KEEZER, OLIVIA LANDERGAN, DANIEL MALAMUD, RAISSA MASKET, SAMANTHA MCDONALD, SHARON PORTER, DARREN REINSTEIN, BILLY RESTREPO, MICHAEL SHMUNIS, and JACQUELYN VAIL, <br><br> Defendants. | Case No. 1:15-cv-00968-JMS-DML |

**ORDER GRANTING JOINT MOTION FOR ENLARGEMENT
OF TIME TO SUBMIT SETTLEMENT PAPERWORK**

The parties, Plaintiff Angie's List, Inc. ("Angie's List"), Defendant AmazonLocal, LLC ("AmazonLocal") and Defendants Albo, Baker, Beary, Bozigian, Connerton, DiVincenzo, Goodwyn, Haught, Hillman, Keezer, Landergan, Malamud, Masket, McDonald, Porter, Reinstein, Restrepo, Shmunis and Vail (collectively referred to as the "Individual Defendants"), by their respective counsel, having filed their Joint Motion for Enlargement of Time to Submit Settlement Paperwork, and the Court being duly advised hereby GRANTS the Motion.

It is, THEREFORE, ORDERED, ADJUDGED and DECREED that the parties' have an additional fifteen (15) days (through and until March 31, 2016) in which to submit the settlement paperwork.

Date: March 16, 2016

_/s/ Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution: Electronically Registered Counsel