UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGIE'S LIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZONLOCAL LLC, MICHAEL ALBO, KRISTIN BAKER, DAN BEARY, COLTON BOZIGIAN, JAKE CONNERTON, ADAM DIVINCENZO, BRANDON GOODWYN, KRISTEN HAUGHT, JUSTIN HILLMAN, JOSHUA KEEZER, OLIVIA LANDERGAN, DANIEL MALAMUD, RAISSA MASKET, SAMANTHA MCDONALD, SHARON PORTER, DARREN REINSTEIN, BILLY RESTREPO, MICHAEL SHMUNIS, and JACQUELYN VAIL, <br><br> Defendants. | Case No. 1:15-cv-00968-JMS-DML |

**STIPULATED INJUNCTION**

Plaintiff Angie's List, Inc. ("Angie's List"), Defendant AmazonLocal, LLC ("Amazon Local") and Defendants Michael Albo, Kristin Baker, Dan Beary, Colton Bozigian, Jake Connerton, Adam Divincenzo, Brandon Goodwyn, Kristen Haught, Justin Hillman, Joshua Keezer, Olivia Landergan, Daniel Malamud, Raissa Masket, Samantha McDonald, Sharon Porter, Darren Reinstein, Billy Restrepo, Michael Shmunis, and Jacquelyn Vail (collectively referred to as the "Individual Defendants") hereby enter into this Stipulated Injunction:

1.  Amazon Local shall, within 10 business days of this Injunction, provide express written notice to its employees (and shall inform new employees, once a year for the next three years) that employees of Amazon Local may not access or use, for any business purpose, any Angie's List member account.

2. Amazon Local shall, within 10 business days of this Injunction, further provide express written notice to any third-parties who generate or provide leads for, or agreements with, service providers, pros, or merchants in the home services, health services, or automotive services industries for Amazon Local that (a) they shall not do any of the activities identified in Paragraph 1 in connection with their work for Amazon Local and that (b) Amazon Local will not accept leads, contracts, or other information obtained in violation of such restrictions.

3. Amazon Local shall not disclose (including disclosure to any other Amazon-related entity) or use, in any way, any information Amazon Local or its employees obtained from or through any Angie's List member account.

This includes an obligation to cease and desist from the sale of any deals from any service providers (a) whose Angie's List profile any individual defendant or other Amazon Local employee searched for or reviewed through an Angie's List membership account for business purposes, including those identified in the Spreadsheets provided by Angie's List (as produced at ANG000622-697); (b) whose Salesforce records (as produced at AMZN-AL_00000001-26) reflect notes or any other information obtained from or through Angie's List, including links to Angie's List webpages; or (c) that Amazon Local determines or plaintiff is otherwise able to demonstrate were sourced or qualified from information obtained from or through Angie's List.

4. Amazon Local shall return or destroy (upon written notice that all issues in this lawsuit have been fully and finally resolved) any and all copies of files or information obtained from or through Angie's List that it has in its possession, custody or control.

5. The Individual Defendants, their agents, servants and attorneys, and any other persons who are in active concert or participation with them shall (a) not access, for any commercial, educational, or any other non-personal purpose, any Angie's List member account,

any Angie's List mobile application, or any Internet webpages at AngiesList.com, (b) not disclose or use, in any way, for any commercial, educational, or any other non-personal purpose, any information they obtained from or through any Angie's List member account, any Angie's List mobile application, or any Internet webpages at AngiesList.com, and (c) return, upon written notice that all issues in this lawsuit have been fully and finally resolved, any and all copies of files or information obtained by or through Angie's List that they have in their possession, custody or control.

      6.     No bond or other security is necessary for this institution or maintenance of this Stipulated Injunction.

      7.     This Stipulated Injunction shall remain in effect until further order of this Court.

*s/ Stephen E. Reynolds*
Michael A. Wukmer
George A. Gasper
Stephen E. Reynolds
Kimberly C. Metzger
Eric J. McKeown
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
michael.wukmer@icemiller.com
george.gasper@icemiller.com
stephen.reynolds@icemiller.com
kimberly.metzger@icemiller.com
eric.mckeown@icemiller.com

*Counsel for Plaintiff Angie's List, Inc.*

*s/ David A. Bateman (with permission)*
Sally Franklin Zweig
Kristopher N. Kazmierczak
Katz & Korin, PC
334 North Senate Avenue
Indianapolis, IN 46204
(317) 464-1100
szweig@katzkorin.com
kkaz@katzkorin.com

Jeffrey C. Johnson
David A Bateman
Joanne M. Hepburn
Kendra H. Nickel-Nguy
K&L Gates
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
jeffjohnson@klgates.com
david.bateman@klgates.com
joanne.hepburn@klgates.com
kendra.nickel-nguy@klgates.com

*Counsel for Defendant, AmazonLocal LLC*

*s/ Allan E. Anderson (with permission)*
Jerrold Abeles
Paul Rigali
Timothy L. Skelton
Allan E. Anderson
555 West 5th Street, 48th Floor
Los Angeles, CA 90013
(213) 629-7400
Jerry.abeles@arentfox.com
Paul.rigali@arentfox.com
Timothy.skelton@arentfox.com
allan.anderson@arentfox.com

Nikol Gruning Thompson
Arent Fox LLP
1675 Broadway
New York, NY 10019
(212) 484-3900
Nikol.thompson@arentfox.com

*Counsel for Individual Defendants*

Cause No.: 1:15-cv-00968-JMS-DML

Dated: April 1, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

cc: All counsel of record, by operation of the Court's ECF system