# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGIE'S LIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZONLOCAL LLC, MICHAEL ALBO, KRISTIN BAKER, DAN BEARY, COLTON BOZIGIAN, JAKE CONNERTON, ADAM DIVINCENZO, BRANDON GOODWYN, KRISTEN HAUGHT, JUSTIN HILLMAN, JOSHUA KEEZER, OLIVIA LANDERGAN, DANIEL MALAMUD, RAISSA MASKET, SAMANTHA MCDONALD, SHARON PORTER, DARREN REINSTEIN, BILLY RESTREPO, MICHAEL SHMUNIS, and JACQUELYN VAIL, <br><br> Defendants. | Case No. 1:15-cv-00968-JMS-DML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, by their respective counsel, having resolved all pending claims amongst themselves, hereby stipulate to the dismissal of all claims asserted in this action with prejudice; provided, however, that the parties acknowledge and agree that the Injunction entered on April 1, 2016 at Docket No. 97 remains in full force and effect and that the Court maintains jurisdiction over the parties to enforce such Injunction.

/s/ *Stephen E. Reynolds*
Michael A. Wukmer
George A. Gasper
Stephen E. Reynolds
Kimberly C. Metzger
Eric J. McKeown
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
michael.wukmer@icemiller.com
george.gasper@icemiller.com
stephen.reynolds@icemiller.com
kimberly.metzger@icemiller.com
eric.mckeown@icemiller.com

*Counsel for Plaintiff Angie's List, Inc.*

/s/ *David A Bateman (with permission)*
Sally Franklin Zweig
Kristopher N. Kazmierczak
Katz & Korin, PC
334 North Senate Avenue
Indianapolis, IN 46204
(317) 464-1100
szweig@katzkorin.com
kkaz@katzkorin.com

Jeffrey C. Johnson
David A Bateman
Joanne M. Hepburn
Kendra H. Nickel-Nguy
K&L Gates
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
jeffjohnson@klgates.com
david.bateman@klgates.com
joanne.hepburn@klgates.com
kendra.nickel-nguy@klgates.com

*Counsel for Defendant, AmazonLocal LLC*

/s/ *Allan E. Anderson (with permission)*
Jerrold Abeles
Paul Rigali
Timothy L. Skelton
Allan E. Anderson
555 West 5th Street, 48th Floor
Los Angeles, CA 90013
(213) 629-7400
Jerry.abeles@arentfox.com
Paul.rigali@arentfox.com
Timothy.skelton@arentfox.com
allan.anderson@arentfox.com

Nikol Gruning Thompson
Arent Fox LLP
1675 Broadway
New York, NY 10019
(212) 484-3900
Nikol.thompson@arentfox.com

*Counsel for Individual Defendants*